

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Eric D. Witkin
212.497.8487 direct
212 583 9600 main
646.417.7546 fax
ewitkin@littler.com

December 10, 2019

By ECF

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*ADJOURNED TO TUESDAY, FEBRUARY 4, 2020, AT 4:30PM.*
*SO ORDERED.*
*12/11/19.*
*[signature] USDJ*

Re: *Norris v. Gregory's Coffee Management LLC et ano.*, No. 19 Civ. 08925 (JGK) (SDA)

Dear Judge Koeltl:

My law firm represents Defendant Gregory's Coffee Management LLC ("Gregory's") in this matter. Pursuant to Your Honor's Individual Practices ¶¶ 1.A and E, I request an adjournment of the Initial Conference the Court recently scheduled for January 14, 2020 at 4:30 PM (ECF No. 13), because I have a professional conflict on that date. Plaintiff's counsel consents to this adjournment request.

I make this request because, before this Court scheduled the January 14, 2020 conference in this matter, the undersigned lead defense counsel had previously offered to depose plaintiffs' expert on that same date in another matter pending before Judge Ramos of this Court: *Bronx Independent Living Services, et al. v. Metropolitan Transportation Authority, et al.*, 16 Civ. 5023 (S.D.N.Y.). Plaintiffs' attorneys in that matter (including attorneys from the U.S. Attorney's Office) state that they and/or the expert witness are not available on any other mutually convenient date. They asked me to seek adjournment of the initial conference herein, which I do here. I informed Plaintiff's counsel herein of the reason for this adjournment request, and he consented to it on that basis. I hope that this adjournment request will not inconvenience the Court.

I thank the Court for its consideration of this request.

Respectfully,

[signature]
Eric D. Witkin

cc: Ben-Zion Bradley Weitz, Esq. (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-11-19