

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Eric D. Witkin
212.497.8487 direct
212.583.9600 main
646.417.7546 fax
ewitkin@littler.com

**By ECF**

July 8, 2020

The Honorable John G. Koeltl
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The case is stayed pending the result of mediation. The parties should inform the Court promptly as to the result of mediation.
> SO ORDERED.
> New York, NY        /s/ John G. Koeltl
> July 9, 2020         John G. Koeltl, U.S.D.J.

Re:   <u>Norris v. Gregory's Coffee Management LLC et ano.</u>, No. 19 Civ. 08925 (JGK) (SDA)

Dear Judge Koeltl:

    My law firm represents Defendants in this action. Pursuant to Your Honor's Individual Practices ¶¶ 1.A and E, the parties request adjournment of (1) the Initial Conference scheduled for July 14, 2020 at 4:30 PM (ECF April 17, 2020) and (2) the submission of a case management plan, because they have begun to explore prompt settlement of this matter. Consequently, the parties also ask the Court to refer this matter to expedited mediation pursuant to Local Civil Rule 83.9 before they proceed with discovery. Plaintiff's counsel consents to these requests.

    Counsel agree that, since they have begun settlement negotiations, traditional fact discovery makes no sense in an ADA Title III public accommodation case where, as here, a defendant has agreed in principle to remediate any alleged statutory violations and has offered Plaintiff the opportunity to have Plaintiff's expert inspect the premises at issue.

    We also note, that, in light of the virus pandemic, it would be best for all concerned to postpone the initial conference (*see* SDNY March 13, 2020, Second Amended Standing Order M10-468 In Re: Corona Virus/COVID-19 Pandemic and subsequent orders). We suggest that the initial conference, if one is still needed, be postponed until after the expedited mediation requested by the parties. We thank the Court for its consideration of these requests.

                                  Respectfully,

                                    */s/ Eric D. Witkin*
                                    Eric D. Witkin

cc:   Ben-Zion Bradley Weitz, Esq. (by ECF)